[No. 22618-9-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW A. STANGELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00062-9, James B. Sawyer II, J., entered November 6, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22705-3-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA RAY MARIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-8-00499-6, David Hallin, J. Pro Tem., entered November 29, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 22795-9-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM H. RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00038-6, Toni A. Sheldon, J., entered January 8, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22886-6-II.    Division Two.    April 2, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MELVIN E. WHITE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03824-4, Sergio Armijo, J., entered January 15, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.